UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILL CASSETTE,

        Plaintiff,

  v.

KING COUNTY, et al.,

        Defendants.

No. C06-340P

ORDER ON JOINT MOTION TO STAY THE PROCEEDINGS

       This matter comes before the Court on a joint motion to stay the proceedings. (Dkt. No. 15). The parties seek a stay pending the completion of a criminal proceeding involving Plaintiff that is currently pending in state court. Having reviewed the materials submitted by the parties and the balance of the record, the Court GRANTS the parties' motion. The Court ORDERS as follows:

       (1)     This action is STAYED pending completion of the state-court criminal proceeding involving Plaintiff, including the completion of all state-court appeals. Any party may move to lift this stay after the completion of the state-court proceeding.

       (2)     The parties are directed to provide the Court with joint reports every <u>six months</u> regarding the status of the state-court criminal proceeding. The first report will be due on <u>May 15, 2007</u>.

ORDER - 1

(3) The Clerk is directed to send copies of this order to all counsel of record.

Dated: November 16, 2006

                                                s/Marsha J. Pechman
                                                Marsha J. Pechman
                                                United States District Judge

ORDER - 2